United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN CLEVELAND,

    Plaintiff,

    v.

AURORA LOAN SERVICES, LLC, et al.,

    Defendants.

_____/

No. C 11-0773 PJH

**ORDER CONTINUING HEARING DATE**

    Plaintiff Darren Cleveland filed this action in Alameda County Superior Court on January 11, 2011, against Aurora Loan Services LLC ("Aurora"), and American Loanstar Trustee Services ("American Loanstar"). On February 18, 2011, defendants filed a notice of removal. On February 25, 2011, Aurora filed a motion to dismiss, noticed for hearing on April 20, 2011.

    Counsel who appear in this court are charged with familiarizing themselves not only with the Federal Rules of Civil Procedure, but also with this court's local rules. See Civ. L.R. 11-4. Under the Civil Local Rules of this court, plaintiff's opposition was due on March 30, 2011, and Aurora's reply was due on April 6, 2011. Civ. L.R. 7-3. Plaintiff filed his opposition eight days late, on April 7, 2011. Accordingly, Aurora was precluded from filing a timely reply.

    The date for the hearing on Aurora's motion is hereby CONTINUED to Wednesday, May 4, 2011, the date that is also set for the hearing on American Loanstar's pending

motion to dismiss. The court expects that plaintiff's counsel will in the future endeavor to comply with the rules of this court.

In addition, only members of the bar of this court may practice in this court. Civ. L.R. 11-1(a). The records maintained in the office of the Clerk of the Court indicate that while plaintiff's counsel Antoinette M. Marino has been admitted to practice in this court, plaintiff's counsel Art Hoomiratana (who signed plaintiff's opposition to Aurora's motion to dismiss) has not. Mr. Hoomiratana may not appear in this court until he has been admitted to practice here, in accordance with Civil Local Rule 11-1.

**IT IS SO ORDERED.**

Dated: April 8, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge