UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DARREN CLEVELAND,

    Plaintiff,

    v.

AURORA LOAN SERVICES, LLC, et al.,

    Defendants.
_____/

No. C 11-0773 PJH

**ORDER TO SHOW CAUSE**

TO PLAINTIFF DARREN CLEVELAND:

YOU ARE HEREBY ORDERED TO SHOW CAUSE IN WRITING no later than May 4, 2011, why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to comply with orders of the court and failure to prosecute.

To date, notwithstanding the court's clear directives, plaintiff's counsel Art Hoomiratana has failed to register as an e-filer, and has failed to apply for admission to practice in this court. In addition, counsel has failed to comply with the Civil Local Rules of this court with regard to motion briefing deadlines.

If plaintiff intends to pursue this case, his counsel must register as an e-filer, must apply for admission to his court and be accepted to practice, must file an opposition to American Loanstar's motion (if he opposes it), and must comply with all other rules and orders of this court.

1  The date for the hearing on defendants' motions to dismiss, previously set for
2  Wednesday, May 4, 2011, is hereby VACATED.  If plaintiff fails to respond to this order to
3  show cause by the above-stated deadline, the court will adjudicate the pending motions on
4  the papers.

**IT IS SO ORDERED.**

Dated: April 25, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge